ACCEPTED
04-13-00608-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/20/2015 10:37:32 AM
KEITH HOTTLE
CLERK

# NO. 04-13-00608-CV

IN THE TEXAS COURT OF APPEALS FOR THE FOURTH DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
03/20/2015 10:37:32 AM
KEITH E. HOTTLE
Clerk

\* \* \* \* \*

**SMITH-REAGAN & ASSOCIATES, INC., D/B/A
SMITH-REAGAN INSURANCE AGENCY,**

**APPELLANT,**

**V.**

**FORT RINGGOLD LIMITED, PETE DIAZ III,
AARON DIAZ and MONICA AGUILLON,**

**APPELLEES.**

\* \* \* \* \*

On Appeal from the 381st Judicial District Court
Starr County, Texas
District Court Cause No. DC-02-343

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE APPELLEES' MOTION FOR REHEARING AND MOTION FOR
<u>REHEARING EN BANC</u>**

\* \* \* \* \*

THE HONORABLE JUSTICES OF THE COURT:

Fort Ringgold Limited, Pete Diaz III, Aaron Diaz and Monica Aguillon, Appellees, respectfully present this unopposed motion requesting that the time for filing Motion for Rehearing and Motion for Rehearing En Banc be extended fourteen (14) days, from March 26, 2015 to April 9, 2015. In support of this motion, Appellee would show the Court as follows:

1. The Court's memorandum opinion and judgment in this appeal were delivered March 11, 2015. Motions for rehearing are currently due in this matter by March 26, 2015. This motion is being filed prior to the time Appellees' motions are due.

2. Appellees request the Court extend the deadline for rehearing motions by an additional fourteen (14) days from the date the motions are currently due, making them due on or before April 9, 2015, because of significant scheduling conflicts for their appellate counsel as detailed below.

3. Since this Court's memorandum opinion and judgment were issued, appellate Counsel for Appellees, Brendan K. McBride, has been occupied with drafting and finalizing a brief that was filed with the Twelfth Court of Appeals on March 19, 2015 in Cause No. 12-14-00155-CV, *Brewer, et. al. v. Lowe's Home Centers, Inc.* Mr. McBride is currently assisting with trial briefing and preparation for a matter that is set to begin trial on Monday, March 23, 2015 in Bexar County, Cause No. 208-CI-11736, *Mulder v. Venture Trans. Logistics.* In addition, Mr. McBride will be presenting oral argument to this Court on Thursday, March 26, 2015, the date the motions are currently due in this case, in Cause No. 14-14-00562-CV, *De Los Santos v. Ford Motor Company.*

4. In order for their counsel to give the necessary attention to the issues, and to adequately prepare Appellees' Motion for Rehearing and Motion for Rehearing En Banc, Appellees request a fourteen (14) day extension of time to accommodate these scheduling conflicts.

5. This is the first extension Appellees have requested regarding any deadlines in this appeal.

6. This extension is not requested for any purpose of delay, but so that justice may be done.

9. **Certificate of Conference:** On March 19, 2015, the undersigned exchanged emails with counsel for Appellant, Crisanta Lozano, regarding the relief requested in this motion. Appellant's counsel's indicated that this motion could be filed as UNOPPOSED.

Respectfully submitted,

By: _____
　　Brendan K. McBride
　　State Bar No. 24008900
　　Brendan.mcbride@att.net
　　THE MCBRIDE LAW FIRM
　　 Of Counsel to GRAVELY & PEARSON,
　　 LLP
　　425 Soledad, Suite 620
　　San Antonio, Texas 78205
　　(210) 227-1200 Telephone
　　(210) 881-6752 Facsimile

　　　And

　　Matthew R. Pearson
　　State Bar No. 00788173
　　GRAVELY & PEARSON, L.L.P.
　　425 Soledad, Suite 600
　　San Antonio, Texas 78205
　　Telephone: (210) 472-1111
　　Facsimile: (210) 472-1110

COUNSEL FOR APPELLEES

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded on this 20th day of March, 2015 to Appellant's counsel of record, Crisanta Lozano, by electronic service through Texas.gov.

_____
Brendan K. McBride